UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFTON ROBERT HICKS,<br><br>Petitioner,<br><br>v.<br><br>ROBERT BURTON,<br><br>Respondent. | No. 2:18-cv-2237 JAM DB P<br><br>ORDER |

Petitioner is a state prisoner proceeding on a petition for a writ of habeas corpus under 28 U.S.C. § 2254.  Presently before the court is petitioner's motion for consideration.  (ECF No. 30.)

Petitioner submitted his First Amended Petition on September 17, 2018.  (ECF No. 7.) Respondent filed an answer on March 5, 2020.  (ECF No. 25.)  On April 22, 2020, petitioner filed a traverse.  (ECF No. 29.)  Petitioner filed the present motion for consideration on July 22, 2020. (ECF No. 30.)

In his motion, petitioner requests that the court consider granting his petition for writ of habeas corpus.  (ECF No. 30 at 3.)  Petitioner also includes a declaration in which he presents a number of reasons he believes the court should grant his habeas petition.  (ECF No. 30 at 4-5.)

There is a petition (ECF No. 7), answer (ECF No. 29), and traverse (ECF No. 30) filed in this case. As such, petitioner's habeas petition is properly submitted for ruling by the court.  See Rules Governing 2254 Cases, Rules 2, 5, and 7.  To the extent that petitioner's motion contains

1

additional arguments beyond his petition and traverse as to why his habeas petition should be granted, the court will not consider these in making its ruling. See L.R. 191(h). The court will rule on the petition for writ of habeas corpus in due course.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Petitioner's motion for consideration (ECF No. 30) is granted.
2. The court will review the petition, answer, and traverse and rule on the petition for writ of habeas corpus in due course.

Dated: March 15, 2021

```
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE
```

DLB:14
DB1/prisoner/habeas/hick2237.consid

2