UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFTON ROBERT HICKS, | No. 2:18-cv-02237 JAM DB P |
| Petitioner, | |
| v. | <u>ORDER</u> |
| ROBERT BURTON, | |
| Respondent. | |

  Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

  On August 10, 2021, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within thirty days. (ECF No. 33.) Petitioner has filed objections to the findings and recommendations. (ECF No. 34.)

  In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

////

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 10, 2021 (ECF No. 33) are **ADOPTED** in full;

2. Petitioner's petition for writ of habeas corpus is **DENIED**;

3. The Clerk of the Court is **DIRECTED** to close this case; and

4. The Court **DECLINES** to issue a certificate of appealability.

Dated: November 22, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

/hick2237.805.hc